**Order entered July 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01432-CR

### AYOUAL AKOUT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-12-60792-N**

## ORDER

Because the voluntariness of appellant's custodial confession was challenged at trial, the trial judge was required, pursuant to section 6 of article 38.22 of the Texas Code of Criminal Procedure, to make written fact findings and conclusions of law as to whether the challenged statement was made voluntarily. *See* TEX. CODE CRIM. PROC. ANN., art.§ 6 (West 2014). The record before us does not contain the required findings and conclusions, and nothing indicates the trial judge issued any findings and conclusions. Accordingly, we **ORDER** the Honorable Fred Tinsley, Presiding Judge of the 195th Judicial District Court, to issue, **no later than July 10, 2015,** the required written findings of fact and conclusions of law. *See Urias v. State*, 155 S.W.3d 141, 142 (Tex. Crim. App. 2004). If necessary, the trial judge may review the reporter's

record of the testimony upon which the original ruling was made to refresh his recollection of the reasons behind such ruling. *See Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987).

We **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing the trial court's findings and conclusions **no later than July 13, 2015**.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. It shall be reinstated July 14, 2015 or when the supplemental clerk's record is filed, whichever occurs earlier.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Tinsley, Ms. Pitre, and counsel for the parties.


/s/    DOUGLAS S. LANG
PRESIDING JUSTICE